IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 6:20-CR-026-H |
| DENNIS MCGORTY | |

INDICTMENT

The Grand Jury Charges:

Count One
Distribution and Receipt of Child Pornography
(Violation of 18 U.S.C. §§ 2252A(a)(2) and 2252A(b)(1))

Beginning on or about a date unknown to the grand jury and continuing to on or about March 12, 2020, in the San Angelo Division of the Northern District of Texas, and elsewhere, **Dennis McGorty**, defendant, did knowingly distribute and receive child pornography and material that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8), which had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, including, but not limited to, the following images:

1. Pthc 2008 Lolita !!!New07!!! Veronika Family All-2
   A female child under the age of eighteen (18) years engaged in oral-genital and genital-genital sexual intercourse with an adult male.

2. 39cc5bedb39d37a5ac0e10bdb764df5f
   A female child under the age of eighteen (18) years engaged in oral-genital sexual intercourse with an adult male.

Dennis McGorty
Indictment– Page 1

3. 95.jpg
The lascivious exhibition of the anus, genitals, or pubic area of a female child under the age of eighteen (18) years.

4. Laura 12Yo (Pthc Pedo) - Daughter - She Is Anywhere From 12Yo To 17Yo With Man That Looks Like A Porn Producer.avi
A female child under the age of eighteen (18) years engaged in oral-genital and genital-genital sexual intercourse with an adult male.

5. (DUP)(Pthc) - Best-Teens - Russian Trio, Father And 2 Young Daughter.avi
A female child under the age of eighteen (18) years engaged in oral-genital and genital-genital sexual intercourse with an adult male.

6. (Pthc) (Asian Lolita) Kids Box - 13yo Nancy 01 - Love Affair_NEW.avi
A female child under the age of eighteen (18) years engaged in genital-genital sexual intercourse with an adult male.

7. (Pthc Lolifuck) Kimmy , Veronika Family All 2 - Veronika (9Yo) & Her Sister Annia (12Yo) With Dad & Brother (14Yo).avi
A female child under the age of eighteen (18) years engaged in oral-genital and genital-genital sexual intercourse with an adult male.

8. Young Lolita Cum Swallow Compilation -Pedo-Pthc-Incest-Slave-9yo 10yo 11yo 12yo 13yo 15yo 19yo New 2016.avi
A female child under the age of eighteen (18) years engaged in oral-genital sexual intercourse with an adult male.

9. Alice Merchesi - Daddys Little Angel - Family Therapy INCESTFLIX.COM.MP4
A female child under the age of eighteen (18) years engaged in oral-genital and genital-genital sexual intercourse with an adult male.

10. jho - kimmy, veronika family - veronika & her sister annia with dad & brother.avi
A female child under the age of eighteen (18) years engaged in oral-genital sexual intercourse with an adult male.

11. boy+girl] 11y Jaycie + 11y Mike First Time Sex (english subs) --- pthc opva new 2015 omegle kids children 9y 10y 12y kids lolita webcam_xvid.avi
A female child under the age of eighteen (18) years engaged in genital-genital sexual intercourse with an adult male.

Dennis McGorty
Indictment- Page 2

12.     [pthc] Suzilah, 12yo Malaysian Prostitute (44m51s) ~ new opva 2014 thai lolita 10yo 11yo 13yo kids asian preteen child.avi
A female child under the age of eighteen (18) years engaged in oral-genital sexual intercourse with an adult male.

In violation of Title 18, United States Code, Sections 2252A(a)(2), 2252A(b)(1), and 2.

## Forfeiture Notice
## (18 U.S.C. § 2253)

Upon conviction of the offense alleged in Count One, and pursuant to 18 U.S.C. § 2253(a), defendant **Dennis McGorty** shall forfeit to the United States of America:

(a) any visual depiction described in Section 2251, 2252, or 2252A of Chapter 110, and any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Chapter 110;

(b) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from any offense alleged in Count One; and

(c) any property, real or personal, used or intended to be used to commit or to promote the commission of the offense alleged in Count One, and any property traceable to such property, including, but not limited to:

1. Seagate 1TB HDD, Model: Barracuda, serial number 5VPB0B0D;
2. Seagate 500GB HDD, Model: Momentus XT, serial number W2004JB3; and
3. Alienware CPU, Model D01M, serial number 28RJKS1.

If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

      d.      has been substantially diminished in value; or

      e.      has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b), to seek forfeiture of any other property of the said defendant up to the value of the forfeitable property described above.

                      A TRUE BILL:

                      _____
                      FOREPERSON

ERIN NEALY COX
UNITED STATES ATTORNEY

_____
JUANITA FIELDEN
Assistant United States Attorney
Texas State Bar No. 06965600
341 Pine Street, Suite 2101
Abilene, Texas 79601
Tel.:  325-672-8160
Fax:  325-673-3139
E-mail: Juanita.Fielden@usdoj.gov

**Dennis McGorty**
**Indictment- Page 5**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

SAN ANGELO DIVISION

THE UNITED STATES OF AMERICA

v.

DENNIS MCGORTY

INDICTMENT

Distribution and Receipt of Child Pornography
18 U.S.C. §§ 2252A(a)(2) and 2252A(b)(1)

(ONE COUNT)

Notice of Forfeiture

A true bill rendered,

Lubbock _____ _____ Foreperson

Filed in open court this _12th_ day of August, 2020.

_____ Clerk

WARRANT TO ISSUE FOR DEFENDANT

_____
UNITED STATES MAGISTRATE JUDGE